AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| | | |
|---|---|---|
| **Return** | | |

| Case No.: 26-6032MB | Date and time warrant executed: 02/04/2026   2:32 PM | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of :
SA Kevin Martin

Inventory of the property taken and name(s) of any person(s) seized:

- Orange colored iPhone 17 Plus and any SIM or SD cards found within the phone, located in Bobbett's possession on January 28, 2026
- Four (4) SD cards / Memory cards contained within orange colored Think Tank SD wallet in Bobbett's residence on January 29, 2026
- Silver LaCie portable external hard drive with orange bumper casing, Serial No. NL3134XQ in Bobbett's residence on January 29, 2026
- Black colored Western Digital hard drive, Serial No. WX51A987LF6Z in Bobbett's residence on January 29, 2026
- Blue / orange SanDisk 2 TB hard drive, Model SDSSDE81-2T00 in Bobbett's residence on January 29, 2026
- Orange Samsung portable SSD 1 TB drive in Bobbett's residence on January 29, 2026
- Black Western Digital game drive in Bobbett's residence on January 29, 2026
- Black mini SanDisk 64 GB drive in Bobbett's residence on Jpanuary 29, 2026
- Apple iPad in brown leather case in Bobbett's residence on January 29, 2026
- Nine (9) mini SD cards in case in closet in Bobbett's residence on January 29, 2026;
- Nine (9) SD cards on shelf in office in Bobbett's residence on January 29, 2026
- Three (3) USB drives on shelf in office in Bobbett's residence on January 29, 2026;
- Samsung portable SSD 500GB in Bobbett's residence on January 29, 2026;
- Large hard drive labeled "media" in office in Bobbett's residence on January 29, 2026
- Large hard drive labeled "matrix" in office in Bobbett's residence on January 29, 2026
- Large hard drive labeled "yosemite" in office in Bobbett's residence on January 29, 2026
- Large hard drive labeled "snowbird" in office in Bobbett's residence on January 29, 2026
- Large hard drive labeled "lightroom" in office in Bobbett's residence on January 29, 2026
- Insta 360 camera in office in Bobbett's residence on January 29, 2026
- Apple MacBook with "victor creative" sticker in office in Bobbett's residence on January 29, 2026
- White/silver Apple iPad in bedroom in Bobbett's residence on January 29, 2026
- White Apple iPad in bedroom in Bobbett's residence on January 29, 2026
- 128GB memory card from camera in office in Bobbett's residence on January 29, 2026
- Seven (7) USB thumb drives in office in Bobbett's residence on January 29, 2026

| | |
|---|---|
| **Certification** | |

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  3/11/2026

_Executing officer's signature_

SA  Kevin Martin
_Printed name and title_

AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of the SUBJECT DEVICES
including a cellular phone, electronic devices and electronic
storage media, more particularly described in Attachment A.

Case No.    26-6032MB

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before   February 17, 2026   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for  30  days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  February 3, 2026@1:15pm        _____
                                                                                                      *Judge's signature*

City and state: Phoenix, Arizona                              Honorable Alison S. Bachus, U.S. Magistrate Judge
                                                                                      *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:_____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**

*Property to be searched*

The property to be searched includes the cellular phone seized from Victor Michael Bobbett on January 28, 2026, and electronic devices and electronic storage media seized pursuant to Maricopa County (Arizona) Superior Court Search Warrant No. SW2026-072799 at Bobbett's residence on January 29, 2026 (collectively SUBJECT DEVICES) all currently within the custody of the Federal Bureau of Investigation within the District of Arizona:

- Orange colored iPhone 17 Plus and any SIM or SD cards found within the phone, located in Bobbett's possession on January 28, 2026;

- Four (4) SD cards / Memory cards contained within orange colored Think Tank SD wallet in Bobbett's residence on January 29, 2026;

- Silver LaCie portable external hard drive with orange bumper casing, Serial No. NL3134XQ in Bobbett's residence on January 29, 2026;

- Black colored Western Digital hard drive, Serial No. WX51A987LF6Z in Bobbett's residence on January 29, 2026;

- Blue / orange SanDisk 2 TB hard drive, Model SDSSDE81-2T00 in Bobbett's residence on January 29, 2026;

- Orange Samsung portable SSD 1 TB drive in Bobbett's residence on January 29, 2026;

- Black Western Digital game drive in Bobbett's residence on January 29, 2026;

- Black mini SanDisk 64 GB drive in Bobbett's residence on January 29, 2026;

- Apple iPad in brown leather case in Bobbett's residence on January 29, 2026;

- Nine (9) mini SD cards in case in closet in Bobbett's residence on January 29, 2026;

- Nine (9) SD cards on shelf in office in Bobbett's residence on January 29, 2026;

- Three (3) USB drives on shelf in office in Bobbett's residence on January 29, 2026;

- Samsung portable SSD 500GB in Bobbett's residence on January 29, 2026;

- Large hard drive labeled "media" in office in Bobbett's residence on January 29, 2026;

- Large hard drive labeled "matrix" in office in Bobbett's residence on January 29, 2026;

- Large hard drive labeled "yosemite" in office in Bobbett's residence on January 29, 2026;

- Large hard drive labeled "snowbird" in office in Bobbett's residence on January 29, 2026;

- Large hard drive labeled "lightroom" in office in Bobbett's residence on January 29, 2026;

- Insta 360 camera in office in Bobbett's residence on January 29, 2026;

- Apple MacBook with "victor creative" sticker in office in Bobbett's residence on January 29, 2026;

- White/silver Apple iPad in bedroom in Bobbett's residence on January 29, 2026;

- White Apple iPad in bedroom in Bobbett's residence on January 29, 2026;

- 128GB memory card from camera in office in Bobbett's residence on January 29, 2026;

- Seven (7) USB thumb drives in office in Bobbett's residence on January 29, 2026.

This warrant authorizes the forensic examination of the SUBJECT DEVICES for the purpose of identifying the electronically stored information described in Attachment B.

2

## ATTACHMENT B

*Property to be seized*

Any records and information found within the digital contents of the SUBJECT DEVICES that relate to violations of 18 U.S.C. § 2422(b) Coercion and Enticement of a Minor, 18 U.S.C. § 2252(a)(2) Knowingly Receiving Child Pornography, and 18 U.S.C. § 2252(a)(4)(B), Knowingly Possessing and Accessing with Intent to View Child Pornography including:

Any and all visual depictions of child pornography as it is defined in 18 U.S.C. § 2256, and child erotica, display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or information related to distribute, possess, or receive child pornography, or information pertaining to an interest in child pornography.

Any and all digital notes and information identifying any person transmitting, through interstate or foreign commerce, by any means, any child pornography or any visual depictions of minors engaged in sexually explicit conduct, as such terms are defined in 18 U.S.C. § 2256;

Any and all digital information reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as such terms are defined in 18 U.S.C. § 2256;

Any and all digital information concerning communications between individuals about child pornography or the existence of sites on the Internet that contain child pornography or that cater to those with an interest in child pornography;

Any and all digital information concerning any accounts with an Internet Service Provider;

Any and all digital information concerning online storage, cloud storage, or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show a connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage;

Any and all digital records evidencing ownership and use of the SUBJECT DEVICES;

Any and all digital evidence of who used, owned, or controlled the SUBJECT DEVICES at the time any visual depictions of children were created, viewed and/or possessed to include such

as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

Any and all evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the SUBJECT DEVICES; and,

Any and all passwords and passcodes for the SUBJECT DEVICES.

2